UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KEVEN LEE CARTER,

    Petitioner,

v.

DONALD HULICK,

    Respondent.

Case No. 07-cv-550-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Keven Carter's petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2254 is dismissed without prejudice for failure to exhaust administrative remedies.

DATED: June 30, 2008

NORBERT JAWORSKI

By:s/Deborah Agans, Deputy Clerk

**Approved:** s/ J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**