## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KEVEN LEE CARTER,** | ) |
| Petitioner, | ) |
| vs. | ) Civil Case No.   07-550-JPG-PMF |
| **DONALD GAETZ,** | ) |
| Respondent. | ) |

## REPORT AND RECOMMENDATION

**FRAZIER, Magistrate Judge:**

Before the Court is petitioner's motion to show cause which is CONSTRUED as a request for an order directing his release pending a final decision on his habeas claims.

In *Cherek v. United States*, 767 F.2d 335 (7th Cir.1985) and *Luther v. Molina*, 627 F.2d 71, n. 11 (7th Cir. 1980), the Court's ancillary power to order bail in an action for a writ of habeas corpus was recognized, along with the fact that the power to do so is very narrow and should be exercised sparingly.

Carter is challenging a prison disciplinary decision to revoke three months of good conduct credits. He is not challenging his underlying conviction or his 13-year prison sentence. He is eligible for parole but has not yet been approved for release by the prisoner review board. He is confined at Menard Correctional Center and describes a variety of adverse decisions regarding his confinement. He suggests a $50,000.00 recognizance bond.

The arguments supporting Carter's habeas claims are fully briefed. Because there are a large number of cases pending on the civil and habeas dockets, the Court has not yet had the opportunity to turn its attention to the arguments raised in the briefs or study the exhibits. This case is due for a

merits recommendation and will be addressed in turn.

Because Carter's request is not accompanied by exceptional circumstances showing that release is justified, IT IS RECOMMENDED that his motion (Doc. No. 41) be DENIED.

SUBMITTED:   February 1, 2010 .

                                           S/ Philip M. Frazier
                                           **PHILIP M. FRAZIER**
                                           **UNITED STATES MAGISTRATE JUDGE**