UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KEVEN LEE CARTER,

    Petitioner,

    v.

DAVE REDNOUR,

    Respondent.

Case No. 07-cv-550-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Keven Lee Carter's petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2254 is denied and that judgment is entered in favor of respondent Dave Rednour.

**DATED:** September 24, 2010        **NANCY J. ROSENSTENGEL, CLERK**

                                                         **s/Brenda K. Lowe, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**